# UNITED STATES DISTRICT COURT

District of   Guam

U.S. MARSHALS–GUAM
RECEIVED

18 MAY 2005 14:00:01

UNITED STATES OF AMERICA

V.

**DEANNA INGRID MORALES aka
DEANNA MORALES GUERRERO**

**WARRANT FOR ARREST**

Case Number:  MAGISTRATE NO. 1-00_7_

**FILED**
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **DEANNA INGRID MORALES aka DEANNA MORALE GUERRERO**
                                                                                        Name

③

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

**ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) and 846___

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

MAY 18, 2005, HAGATNA, GUAM
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Dept. of Corrections Mangilao

| DATE RECEIVED 5/18/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/18/05 | John Duenas, SSA FCI | [Signature] |

ORIGINAL