
FILED
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE |
| --- | --- |
| Plaintiff, | CRIMINAL CASE NO. 05-00027 |
| vs. | |
| DEANNA INGRID MORALES, aka DEANNA MORALES GUERRERO, | O R D E R |
| Defendant. | |

IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to represent in the above-entitled case *nunc pro tunc* to May 18, 2005.

Dated this 19th day of May, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM