LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00027 |
| Plaintiff, ) | |
| vs. ) | MOTION TO DISMISS COMPLAINT; AND ORDER |
| DEANNA INGRID MORALES ) a/k/a DEANNA MORALES GUERRERO ) | |
| Defendants. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendant DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, be dismissed, for the reason

//
//
//
//
//
//
//
//

that the defendant has been charged through an Indictment on May 25, 2005, under Criminal Case No. 05-00039, which said Indictment has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this 26th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

**IT IS SO ORDERED** this 27th day of May, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED MAY 26 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM